**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DONOVAN L. HALEY, | ) | NO. CV 12-6004-E |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN, N.K.S.P., | ) | |
| Respondent. | ) | |

Pursuant to the "Order Denying and Dismissing Petition Without Prejudice," the Petition is denied and dismissed without prejudice.

DATED: February 21, 2013.

_____/S/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE